U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                Case Number:
LIM v. TRIVELINE et al.                         FILED: AUG 26, 2008
                                                08CV4863
                                                JUDGE CONLON
                                                MAGISTRATE JUDGE BROWN
                                                RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

David Cook

| |
|---|
| NAME (Type or print) <br> David M. Cook |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David M. Cook |
| FIRM <br> Kenneth Y. Geman & Associates |
| STREET ADDRESS <br> 33 North LaSalle Street, Suite 2300 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277286 IL | (312) 263-6114 phone; (312) 263-0104 fax |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐