U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

LIM v. TRIVELINE et al.

Case Number:
FILED: AUG 26, 2008
08CV4863
JUDGE CONLON
MAGISTRATE JUDGE BROWN
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kenneth Y. Geman

| NAME (Type or print) |  |
|---|---|
| Kenneth Y. Geman |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Kenneth Y. Geman |  |
| FIRM |  |
| Kenneth Y. Geman & Associates |  |
| STREET ADDRESS |  |
| 33 North LaSalle Street, Suite 2300 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60602 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 932035 IL | (312) 263-6114 phone; (312) 263-0104 fax |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |