# United States District Court for the Northern District of Illinois

Case Number: 08CV4863     Assigned/Issued By: DAJ

Judge Name: CONLON     Designated Magistrate Judge: BROWN

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☑ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 5.00     Receipt #: 3051612

Date Payment Rec'd: 08/26/08     Fiscal Clerk: DAJ

## ISSUANCES

☑ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

7 Original and 0 copies on 08/26/08 as to TRIVELINE, PUIDOKAS, MYERS, WINKOWSKI, CHERTOFF, MUKASEY, US ATTORNEY.
    (Date)