# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUM SOON LIM, | |
| | Immigration Case. No. 094 947 587 |
| Petitioner, | |
| | |
| vs. | |
| | **CIVIL CASE NO. 08 CV 4863** |
| GLENN TRIVELINE, | |
| Acting Field Office Director, | Hon. Judge Conlon |
| U.S. Immigration and Customs | |
| Enforcement, et al., | Magistrate Judge Brown |
| | |
| Respondents. | |

## NOTICE OF MOTION

PLEASE TAKE NOTE that on Tuesday, September 2, 2008 at 9:00 AM at the opening of Court or soon thereafter as counsel may be heard, I will appear before the Honorable Judge Conlon in Courtroom 1743 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION at which time and place you may appear, if you see fit.

Respectfully submitted,

s/ David Cook

David Cook
Kenneth Y. Geman and Associates
33 N. LaSalle St., Ste. 2300
Chicago, IL 60602
(312) 263-6114 phone

1

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the PETITIONER'S NOTICE OF MOTION was served pursuant to the District Court's ECF system as to ECF filers on August 26, 2008, to the following ECF filers, or by regular mail to any non-ECF filers at this address:

>Spec. AUSA Sheila McNulty
>219 South Dearborn Street
>5th Floor
>Chicago, Illinois 60604
>(312) 353-8788

/s/ David Cook
_____

DAVID COOK
Attorney for Jum Soon Lim
Kenneth Y. Geman and Associates
33 N. LaSalle St., Ste. 2300
Chicago, IL 60602
(312) 263-6114 phone
(312) 263-0104 fax
david@gemanimmigrationlaw.com

2