# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4863 | **DATE** | 08/29/2008 |
| **CASE TITLE** | JUM SOON LIM vs. GLENN TRIVELINE, ET AL | | |

**DOCKET ENTRY TEXT**

Petitioner's motion for a temporary restraining order and preliminary injunction [7] is taken under advisement. Respondents shall file a response by September 5, 2008, with a courtesy copy to chambers. A hearing on petitioner's motion is set on September 9, 2008 at 9:00 a.m.

*/s/ Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|