

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JUM SOON LIM

V.

GLENN TRIVELINE, et al.

CASE NUMBER: 08CV4863
JUDGE CONLON

ASSIGNED JUDGE: MAGISTRATE JUDGE BROWN
RCC

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Tom Puidokas
Kenosha County Detention Center
4777 88th Avenue
Kenosha, WI 53144

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Cook
Kenneth Y. Geman and Associates
33 N. LaSalle St., Ste. 2300
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

August 26, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: AUG 27 2008 |
| NAME OF SERVER (PRINT): David Cook | TITLE: Attorney of Record |

Check one box below to indicate appropriate method of service

- ☐ Served personally upon the defendant. Place where served:

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- ☐ Returned unexecuted:

FILED
Aug 29, 2008
AUG 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

- ☒ Other (specify): U.S. certified mail return receipt requested.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUG 27 2008
　　　　　　　Date　　　　Signature of Server

David M. Cook
KENNETH Y. GEMAN & ASSOCIATES
33 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.